*Lucien F. Burpee* and *Terrence F. Carmody*, for the appellee (plaintiff).

---

ROBERT K. BROWN ET AL. *vs.* THE CITY OF WATERBURY.

Third Judicial District.
Argued April 14th—decided May 12th, 1903.

ACTION in the nature of an appeal from an assessment of benefits and damages on account of a local public improvement, brought to the Superior Court in New Haven County and tried to the court, *Robinson, J.;* facts found and judgment rendered for the plaintiffs for $1,800 damages, and appeal by the defendant. *No error.*

Opinion filed with the clerk of the Superior Court, New Haven County.

*Charles G. Root*, with whom was *John P. Kellogg*, for the appellant (defendant).

*William H. Williams* and *Wilson H. Pierce*, for the appellees (plaintiffs).